FILED
CLERK, U.S. DISTRICT COURT

January 5, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOSHUA J. WILLIS,<br><br>　　　　　Petitioner,<br><br>　　　　v.<br><br>JOHN N. KATAVICH, Warden,<br><br>　　　　　Respondent. | No. ED CV 14-1065-BRO (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///
///

1       IT IS THEREFORE ORDERED that Judgment be entered denying the
2 petition and dismissing this action with prejudice.

4 Dated: December 31, 2014

                                                      BEVERLY REID O'CONNELL
                                                      United States District Judge