JS-6/ENTER

ENTERED
CLERK, U.S. DISTRICT COURT
January 5, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
January 5, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOSHUA J. WILLIS,<br><br>    Petitioner,<br><br>    v.<br><br>JOHN N. KATAVICH, Warden,<br><br>    Respondent. | No. ED CV 14-1065-BRO (DFM)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: December 31, 2014

                                                                             BEVERLY REID O'CONNELL
                                                                             United States District Judge